MORGAN, LEWIS & BOCKIUS LLP
REBECCA D. EISEN, State Bar No. 096129
STEPHEN L. TAEUSCH, State Bar No. 247708
One Market Street, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
staeusch@morganlewis.com

Attorneys for Defendant
NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DAVID GIANNINI, individually and on behalf of all others similarly situated and in the interest of the general public of the State of California;<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin Corporation, NORTHWESTERN MUTUAL – SAN FRANCISCO BAY AREA GROUP, INC., a California Corporation, JOHN GOODENOUGH, an individual, and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. CV 12-0077-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION TO REMAND**<br><br>Date:     March 29, 2012<br>Time:     2:00 p.m.<br>Room:    2<br>Judge:    Hon. Claudia Wilken |

1    Plaintiff David Giannini ("Plaintiff") and Defendant Northwestern Mutual Life
2  Insurance Company ("Northwestern Mutual") hereby stipulate as follows:
3    WHEREAS on February 6, 2012, Plaintiff filed a motion to remand this matter to
4  state court;
5    WHEREAS, the hearing on Plaintiff's motion to remand is currently set for March
6  29, 2012 at 2:00 p.m.;
7    WHEREAS, counsel for Northwestern Mutual is unavailable to appear on March 29,
8  2012, and Plaintiff has agreed to continue the hearing on his motion to remand until April 6,
9  2012 to accommodate counsel for Northwestern Mutual;
10    IT IS HEREBY STIPULATED AND AGREED that the hearing on Plaintiff's motion to
11  remand shall be heard on April 6, 2012 at 2:00 p.m.

Dated:  March 9, 2012            MORGAN, LEWIS & BOCKIUS LLP

                                 By:   /s/ Rebecca D. Eisen
                                       Rebecca D. Eisen

                                 Attorneys for Defendant
                                 NORTHWESTERN MUTUAL
                                 LIFE INSURANCE COMPANY

Dated:  March 9, 2012            BRADSHAW & ASSOCIATES, P.C.

                                 By:   /s/ Drexel A. Bradshaw
                                       Drexel A. Bradshaw

                                 Attorneys for Plaintiff
                                 DAVID GIANNINI

1 **[PROPOSED] ORDER**

2      Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY

3 ORDERED that the hearing on Plaintiff's motion to remand shall be heard on April 5, 2012, at

4 2:00 p.m.

6 Dated: 3/13/2012

Hon. Claudia Wilken
7                                                    U.S. District Court Judge

## ECF ATTESTATION

I, Stephen L. Taeusch, am the ECF User whose ID and Password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTION TO REMAND**.  In compliance with General Order 45 X.B, I hereby attest that Rebecca D. Eisen and Drexel A. Bradshaw have concurred in this filing.

Dated: March 9, 2012                              MORGAN, LEWIS & BOCKIUS LLP


                                                  By /s/ Stephen L. Taeusch
                                                     Stephen L. Taeusch

                                                     Attorneys for Defendant
                                                     NORTHWESTERN MUTUAL LIFE
                                                     INSURANCE COMPANY