1  MORGAN, LEWIS & BOCKIUS LLP
   REBECCA D. EISEN, State Bar No. 096129
2  STEPHEN L. TAEUSCH, State Bar No. 247708
   One Market Street, Spear Street Tower
3  San Francisco, California  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   reisen@morganlewis.com
5  staeusch@morganlewis.com

6  Attorneys for Defendant
   NORTHWESTERN MUTUAL LIFE INSURANCE
7  COMPANY

8

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11  **OAKLAND DIVISION**

| | |
|---|---|
| DAVID GIANNINI, individually and on behalf of all others similarly situated and in the interest of the general public of the State of California;<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin Corporation, NORTHWESTERN MUTUAL – SAN FRANCISCO BAY AREA GROUP, INC., a California Corporation, JOHN GOODENOUGH, an individual, and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. CV 12-0077-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION TO REMAND**<br><br>Date:     March 29, 2012<br>Time:    2:00 p.m.<br>Room:   2<br>Judge:   Hon. Claudia Wilken |

1  Plaintiff David Giannini ("Plaintiff") and Defendant Northwestern Mutual Life
2  Insurance Company ("Northwestern Mutual") hereby stipulate as follows:
3  WHEREAS on February 6, 2012, Plaintiff filed a motion to remand this matter to
4  state court;
5  WHEREAS, the hearing on Plaintiff's motion to remand is currently set for March
6  29, 2012 at 2:00 p.m.;
7  WHEREAS, counsel for Northwestern Mutual is unavailable to appear on March 29,
8  2012, and Plaintiff has agreed to continue the hearing on his motion to remand until April 6,
9  2012 to accommodate counsel for Northwestern Mutual;
10  IT IS HEREBY STIPULATED AND AGREED that the hearing on Plaintiff's motion to
11  remand shall be heard on April 6, 2012 at 2:00 p.m.

Dated:  March 9, 2012          MORGAN, LEWIS & BOCKIUS LLP


                               By:   /s/ Rebecca D. Eisen
                                     Rebecca D. Eisen

                               Attorneys for Defendant
                               NORTHWESTERN MUTUAL
                               LIFE INSURANCE COMPANY


Dated:  March 9, 2012          BRADSHAW & ASSOCIATES, P.C.



                               By:   /s/ Drexel A. Bradshaw
                                     Drexel A. Bradshaw

                               Attorneys for Plaintiff
                               DAVID GIANNINI

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY

3  ORDERED that the hearing on Plaintiff's motion to remand shall be heard on April 5, 2012, at

4  2:00 p.m.

5

6  Dated: 3/13/2012

                                                      Hon. Claudia Wilken
                                                      U.S. District Court Judge

|   |   |
|---|---|
| 1 | **ECF ATTESTATION** |

I, Stephen L. Taeusch, am the ECF User whose ID and Password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTION TO REMAND**.  In compliance with General Order 45 X.B, I hereby attest that Rebecca D. Eisen and Drexel A. Bradshaw have concurred in this filing.

Dated: March 9, 2012                              MORGAN, LEWIS & BOCKIUS LLP


By /s/ Stephen L. Taeusch
   Stephen L. Taeusch

   Attorneys for Defendant
   NORTHWESTERN MUTUAL LIFE
   INSURANCE COMPANY