IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GIANNINI, individually and on behalf of all others similarly situated and in the interest of the general public of the State of California,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin company; NORTHWESTERN MUTUAL - SAN FRANCISCO BAY AREA GROUP, INC., a California corporation; and JOHN GOODENOUGH, an individual,<br><br>    Defendant.<br>_____/ | No. C 12-77 CW<br><br>ORDER DENYING MOTION FOR SANCTIONS (Docket No. 40) |

    Defendant Northwestern Mutual Life Insurance Company moves for sanctions against Plaintiff David Giannini. Defendant contends that Plaintiff's second, fourth, fifth, sixth and ninth causes of action were frivolous and improperly asserted, and seeks dismissal of the claims and monetary sanctions against Plaintiff.

    Plaintiff opposes the motion, contending that sanctions are unwarranted. Among other things, Plaintiff notes that he had requested that Defendant stipulate to dismissal of the fourth, fifth and ninth causes of action prior to its filing of the instant motion, and asks the Court to dismiss these claims without prejudice. Plaintiff also seeks monetary sanctions against Defendant for filing the motion for sanctions.

    Having considered the papers filed by the parties, the Court DENIES the parties' requests for sanctions against one another.

The Court dismisses without prejudice Plaintiff's fourth, fifth and ninth causes of action.

As to Plaintiff's second and sixth causes of action, the essence of Defendant's argument is that Plaintiff will not be able to prove ultimately the merits of his claims.  Defendant may renew its motion for sanctions as to the second and sixth causes of action in its summary judgment motion, which presently is scheduled to be filed on October 18, 2012.

IT IS SO ORDERED.

Dated: 9/11/2012

CLAUDIA WILKEN
United States District Judge

2