IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID GIANNINI,

    Plaintiff,

  v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, et al.,

    Defendants.
_____/

No. C 12-00077 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel responses to plaintiff's requests for production of documents, set one, and requests for sanctions and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 9/14/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef; Assigned M/J w/mo.